BELTZER BANGERT & GUNNELL, LLP
Todd Bressler, Esq. (SBN 174743)
Kaysie Garcia, Esq. (SBN 271329)
1925 Century Park E., Suite 1700
Los Angeles, Ca. 90067
Tel: (310)612-4004

Attorney for Defendant
NOMLAKI TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use of VIKING CONSTRUCTION COMPANY, INC., <br><br> Use Plaintiff, <br><br> v. <br><br> NOMLAKI TECHNOLOGIES, LLC, a limited liability company; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, <br><br> Defendants. | Case No. 2:23-cv-02684-MCE-AC <br><br> **STIPULATION TO STAY ACTION AND ORDER TO STAY ACTION** |

The parties, through their counsel for record, hereby agree to stay the action until October 1, 2024 as set forth below:

**<u>STIPULATION</u>**

1. Use Plaintiff, VIKING CONSTRUCTION COMPANY, INC. [hereinafter "Viking"] contracted with Defendant NOMLAKI TECHNOLOGIES, LLC [hereinafter "Nomlaki"] to furnish labor and materials in connection with a project known as Replace Four Bridges System [hereinafter "Project"] located at Beale Air Force Base, California.  Nomlaki contracted with the Department of the Air Force to construct the Project.

2. Viking has submitted various claims for additional compensation to Nomlaki in connection with the Project and Nomlaki has submitted various claims to the Air Force.  Viking

has agreed to stay the action to allow Nomlaki sufficient time to explore settlement with the Air Force and continue its investigation into Viking's claims.

    3.    Subject to the Court's approval, the parties agree to stay the action until October 1, 2024.

Dated: March 19, 2024                LAW OFFICES OF WILLIAM L. BAKER

By:   /s/ William L Baker
WILLIAM L. BAKER
State Bar No. 114454
Attorney for Use Plaintiff VIKING CONSTRUCTION COMPANY, INC.

Dated: March 19, 2024                BELTZER BANGERT & GUNNELL, LLP

By:   /s/ Todd N. Bressler
TODD N. BRESSLER
State Bar No. 174743
Attorney for Defendant NOMLAKI TECHNOLOGIES, LLC

Dated: March 19, 2024                ROSS LEGAL CORPORATION

By:   /s/ Polina Levin Ross
Polina Levin Ross
State Bar No. 210615
Attorneys for Defendant GREAT AMERICAN INSURANCE COMPANY

## **ORDER**

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the entire action is stayed until October 1, 2024.

IT IS SO ORDERED.

Dated: March 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE